

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00343-CR

| | | |
|---|---|---|
| JORGE LUIS RICO JR., Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1664848) |
| V. | § | December 12, 2024 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment to reflect that Jorge Luis Rico Jr.'s adjudication was based on the trial court's findings under the "State's Second Petition to Proceed to Adjudication." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack